PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Apr 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF,<br><br>　　V.<br><br>WAYNE LEE HAUZER,<br><br>　　　　　　　　　　DEFENDANT. | CASE NO: 2:22-MJ-0058 DB<br><br>ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case is unsealed with the exception of the original criminal complaint and affidavit. The original criminal complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the criminal complaint and affidavit on the public docket.

Dated: April 18, 2022

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT