# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>WAYNE LEE HAUZER<br>*Defendant(s)* | Case No. 2:22-mj-0058 DB |

**FILED**
Apr 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**REDACTED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 13-14, 2022** in the county of **San Joaquin** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of Material Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Timothy W. Redd
*Complainant's signature*

Task Force Officer, Timothy W. Redd, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: April 15, 2022

City and state: Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE LEE HAUZER,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT |

I, Timothy W. Redd, being duly sworn, hereby depose and state as follows:

**I.     INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Task Force Officer with the Federal Bureau of Investigation and have been since March 23, 2022. I am currently assigned to the Sacramento Division. I am employed as a Police Detective, for the Turlock Police Department in Turlock, California, currently assigned to the investigation of Crimes Against Children and Hi-Technology Crimes. I have been a Police Officer for over twenty-eight (28) years. I have over one thousand-one hundred (1,100) hours of training in the areas of digital forensic examinations of computer and mobile devices. As part of my daily duties, I investigate criminal violations and conduct digital forensic examinations relating to child exploitation and child pornography, including, but not limited to, violations pertaining to the illegal production, distribution, receipt, possession of, and access with intent to view, child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography, I have

observed and reviewed numerous examples of child pornography in all forms of media, including computer media. Moreover, since March 2022, I have been cross designated as a Special Deputy Marshal and am responsible for enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by the Attorney General to request a search warrant.

1. This affidavit is made in support of a criminal complaint charging Wayne Hauzer ("Hauzer") (YOB: 1965) with a violation of Title 18, United States Code, Section 2252(a)(2), Distribution of Material Involving the Sexual Exploitation of Minors.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, my review of records, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

## II. SUMMARY OF PROBABLE CAUSE

3. As part of an FBI undercover investigation involving the social media application KIK, a Federal Bureau of Investigation (FBI) Online Covert Employee (OCE) created a fictitious online persona of a 13-year-old female located in ▇▇▇▇▇▇. The OCE, using this persona, is a member of, and is monitoring, a public KIK group that's primary purpose is to engage in the distribution and receipt of Child Sexual Abuse Material (CSAM).

4. On April 12, 2022, at approximately 11:46 PM MST, KIK user "▇▇▇▇er" joined the public group and was quickly removed by an administrative bot.

5. On April 12, 2022, at 11:47 PM the OCE was contacted via direct message on KIK, by KIK user "▇▇▇▇er" with the message "Hi how are you." During the KIK communications, "▇▇▇▇er" told the OCE that he was 48 years old. The OCE told "▇▇▇▇er" they were 13 years old.

6. The OCE responded to the direct message from "▇▇▇▇er" on April 13, 2022, at 8:41 PM MST. The following are excerpts from the conversation between "▇▇▇▇er" and the OCE exchanged via KIK. It does not display the conversation in its entirety.

AFFIDAVIT 2

1  7. The following "chat" took place between April 12th, 2022, 11:47 PM – April 13th, 2022,
2  8:53 PM (MST)
3      OCE: "Hi good and u? What's ur asl?
4      ▇▇▇▇er: "Hi 48 m California you"
5      OCE: "13f Texas" "What part of Cali"
6      ▇▇▇▇er: "Awesome near San Francisco" "Do you like older guys" "Or girls to"
7      OCE: "Lol yeah I do" "Both" "U like younger girls?"
8      ▇▇▇▇er: "That's so hot ever let an older guy play with you" "I love younger girls"
9      (At approximately 8:53 PM MST, "▇▇▇▇er" sent the OCE a video containing
10     CSAM.)
11 8. The following "chat" took place between April 13, 2022, 9:18 PM – 9:26 PM (MST)
12     OCE: "U ever hook up with someone my age?"
13     ▇▇▇▇er: "I did 2 times"
14     OCE: "For real??? How was it?"
15     ▇▇▇▇er: "So awesome I fuck one" "The other we just rub each other for hours"
16     OCE: "How old was she?" "That's hot"
17     ▇▇▇▇er: "12 and 14"
18     OCE: "Oh wow! Nice. Recently?"
19     ▇▇▇▇er: "I lick 12 and she suck suck me yes" "I came on her pussy"
20     OCE: "How did u know them?"
21     ▇▇▇▇er: "One a friend daughter one lives down the street"
22     OCE: "U had videos of them?"
23     ▇▇▇▇er: "Yes I did"
24 9. The following "chat" took place between April 13, 2022, 9:26 PM – 9:28 PM (MST)
25     OCE: "Y did u stop? Or do u still see them?"
26     ▇▇▇▇er: "One doesn't want to fuck anymore"
27     OCE: "What about the other?"
28

AFFIDAVIT                               3

          █████er: "I played with the other one a few weeks ago" "Little one still lets me"

          OCE: "Really? The one that's 12?"

          █████er: "Yes" "She sits on my lap with no panties on and my dick between her legs"

10.   KIK user "█████er" sent eighteen (18) videos depicting child sexual abuse material to the OCE via the KIK messaging app between April 13, 2022, and April 14, 2022. Below are descriptions of four of the videos:

    a. *IMG_1970:* 1 minute 53 second video wherein an unidentified adult male vaginally penetrates pre-pubescent female with his penis. The male also performs oral sex on pre-pubescent female. The male has the pre-pubescent female masturbate him. The male displays the pre-pubescent female's anus from behind. The male ejaculates into pre-pubescent female's vagina. The pre-pubescent female appears to initially be laying on her back on a couch and then transitions into a face-down position over the couch arm rest.

    b. *IMG_1972:* 1 minute 51 second video wherein an unidentified adult male vaginally penetrates pre-pubescent female with his penis. The pre-pubescent female appears to be lying on a bed on her back.

    c. *IMG_1961:* 1 minute 59 second video wherein an unidentified adult male anally penetrates pre-pubescent female with his penis. A second unidentified male places his penis in the pre-pubescent female's mouth. The second unidentified male then anally penetrates pre-pubescent female. A pre-pubescent female appears to be lying on her back.

    d. *IMG_1967:* 33 second video wherein an unidentified male, laying on a bed, anally penetrates a pre-pubescent female as he holds her by the hips, facing him, above his body. An unidentified male moves the pre-pubescent female up and down while his penis is inside her anus. An unidentified male then removes his hands from her hips and the pre-pubescent female then anchors herself on his legs and moves herself on his

penis.

11. On April 13, 2022, KIK user "▇▇▇▇er" sent the OCE a photograph and told the OCE it was a photograph of himself.

12. On April 14, 2022, FBI Special Agent Toy, FBI Sacramento Division, compared the above-mentioned photo KIK user "▇▇▇▇er" sent the OCE to a California DMV license photo of HAUZER and it appeared to be the same person.

13. On April 14, 2022, KIK user "▇▇▇▇er" sent a photograph of an underage female with blonde hair and stated the 12-year-old that he is currently sexually abusing looks like the girl in the photo.

14. On April 14, 2022, FBI El Paso Division sent an Exigent Disclosure Request to KIK in an attempt to identify KIK user "▇▇▇▇er." KIK provided subscriber information and Internet Protocol (IP) addresses utilized to access the application. The subscriber information listed the name of the subscriber as first name "Luvpanty" and Last Name, "Luvpanty" and an unconfirmed email address of ▇▇▇▇er@gmail.com. Based on the records KIK provided, IP address ▇▇▇▇.118 was the last IP Address utilized to access the KIK account with username "▇▇▇▇er," and last accessed the account on 4/14/2022 at 17:25:38 UTC.

15. On April 14, 2022, FBI ▇▇▇ Division sent an Exigent Disclosure Request to AT&T Global Legal Demand Center requesting information on IP address ▇▇▇▇ 118 utilized at 4/14/2022 at 17:25:38 UTC. AT&T provided subscriber information for a user operating a device utilizing IP address ▇▇▇▇.118 on 4/14/2022 at 17:25:38 UTC. AT&T business records show the subscriber to whom the IP Address was assigned is Wayne HAUZER, telephone number ▇▇▇-1514, and address ▇▇▇▇▇▇, Tracy, CA 95377.

16. On April 14, 2022, FBI El Paso Division contacted FBI Sacramento Division to assume the investigation into HAUZER.

17. A criminal history check was conducted and found that on August 19, 2002, HAUZER was convicted of three counts related to child pornography: (1) Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity in violation of 18 U.S.C.§ 2422(b);

AFFIDAVIT                                             5

(2) Use of a Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity in violation of  18 U.S.C.§ 2422; and (3) Distribution of Child Pornography in violation of 18 U.S.C.§ 2252(a)(1).  HAUZER was sentenced to 78 months in prison, three years of supervised release. As a result of this conviction, HAUZER is currently required to register as a sex offender.  *See United States v. Wayne Hauzer*, 01-cr-1294 (CD Cal.).

18. On April 14, 2022, the Honorable Carolyn Delaney, United States Magistrate Judge, signed a search warrant authorizing law enforcement to search HAUZER's person and residence, located at ▇▇▇▇▇▇▇▇▇▇▇▇, Tracy, California, including any electronic devices found in the home or on HAUZER's person.  The warrant authorized agents to search for and seize evidence of possession and distribution of child sexual abuse material.

19. Agents executed the warrant on April 15, 2022.  During the execution of the warrant, agents previewed a phone HAUZER identified as his personal cell phone, which is an Apple iPhone 8 with phone number ▇▇▇-1514.  The phone contained the KIK messaging application with a KIK account registered under the username "▇▇▇▇▇er."  The KIK account also contained the messages "▇▇▇▇▇er" sent to the OCE and the 18 videos "▇▇▇▇▇er" sent to the OCE depicting child sexual abuse material.

20. Agents conducted a Mirandized interview of HAUZER who stated admitted the cell phone was his, that he used the KIK account with the username "▇▇▇▇▇er," and that he had distributed material depicting the sexual abuse of children to the OCE, who he believed to be a 13-year-old girl.

21. I know from my training an experience, and from speaking with other agents that iPhones are manufactured outside California and from components that are manufactured outside California.

22. In addition, HAUZER's communications with the OCE via the KIK messenger used the Internet to transmit messages and videos.  The Internet is a means and facility of interstate and foreign commerce.

## CONCLUSION

23. Based on the foregoing, there is probable cause to believe that Wayne HAUZER has

AFFIDAVIT                                6

committed the crime of distribution of material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2552(a)(2) with prior convictions under Title 18, United States Code, Chapters 110 and 117.

24. I request that the Court issue an arrest warrant for HAUZER.

25. I further request that the Court order that all papers in support of this application, including the affidavit, be sealed until further order of the Court, but that the government be permitted to share a copy of the complaint with the defendant and any defense counsel representing the defendant in connection with criminal proceedings that result from this filing. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

/s/ Timothy W. Redd
Timothy W. Redd
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me telephonically:

April  15 , 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/s/ Shelley D. Weger
Approved as to form by AUSA SHELLEY D. WEGER

AFFIDAVIT                                                          7

**United States v. Wayne Lee Hauzer**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION:   18 U.S.C. §§ 2252(a)(2) – Distribution of material involving the sexual exploitation of minors w/prior convictions under Title 18, United States Code, Chapters 110 and 117

PENALTIES:   A minimum of 15 years and a maximum of 40 years imprisonment, or
Fine of up to $250,000; or
Both fine and imprisonment
Supervised release of a minimum

SPECIAL ASSESSMENT: $100

AFFIDAVIT                                                            8